JOHN J. KADLIC
Reno City Attorney
**DONALD L. CHRISTENSEN**
Deputy City Attorney
Nevada State Bar #**1657**
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for City of Reno*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND COLLUP                                            CASE NO.: 3:07-cv-00353-BES-RAM

                 Plaintiff,

vs.

CITY OF RENO, ex rel., its RENO
POLICE DEPARTMENT; DOES I-V;
ROE CORPORATIONS I-V;
inclusive,

                 Defendants.
_____ /

## STATEMENT REGARDING REMOVAL

Defendant, City of Reno, submits the following information:

1. The complaint was filed in the Second Judicial District Court of the State of Nevada on June 28, 2007.

2. The complaint and summons were served on this defendant on July 13, 2007.

///

///

///

///

///

3. There are no other known defendants who did not join in the removal of this case.

DATED this 15th day of August, 2007.

```
                                    JOHN J. KADLIC
                                    Reno City Attorney



                              By:    /s/ Donald L. Christensen
                                    DONALD L. CHRISTENSEN
                                    Deputy City Attorney
                                    Nevada State #1657
                                    Post Office Box 1900
                                    Reno, Nevada  89505
                                    (775) 334-2050
                                    Attorneys for City of Reno
```

# CERTIFICATE OF SERVICE

Pursuant to *FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

| | |
|---|---|
| _____ | Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices. |
| _____ | Personal delivery. |
| \_\_\_X\_\_\_\_ | CM/ECF electronic service |
| _____ | Facsimile (FAX). |
| _____ | Federal Express or other overnight delivery. |
| _____ | Reno/Carson Messenger Service. |

addressed as follows:

Andy Boles Esq.
Law Office of James Andre Boles
423 Mill St.
Reno, NV  89501

DATED this 15th day of August, 2007.

/s/ Tamme Sutton
Tamme Sutton
Legal Assistant

**Reno City Attorney**
**P.O. Box 1900**
**Reno, NV 89505**

-3-